# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04 CR 252

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LANDIS RICHARDSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** comes before the Court on its own motion. Having completed the trial of Defendant Landis Richardson, the undersigned hereby transfers this case back to Judge Conrad for further proceedings as to Defendant Phillip Ductan, as well as for any future proceedings, including the sentencing, of Landis Richardson.

**IT IS SO ORDERED.**

Signed: May 3, 2006

Graham C. Mullen
United States District Judge