# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:04cr252

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>)<br>LANDIS RICHARDSON )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court upon motion of the defendant to transport him to his mother's funeral. The motion was filed after business hours on November 16, 2006, in Charlotte, North Carolina, and the funeral is at an unspecified time on November 18, 2006, in Montgomery, Alabama. (Motion at ¶ 4).

The defendant was found guilty of narcotics and firearms offenses following a jury trial (Doc. No. 72: Jury Verdict) and is awaiting designation to a federal institution to serve an eighty-one month sentence (Doc. No. 91). The defendant has an extensive criminal history, including narcotics offenses, probation violations, and failures to appear.

Upon review of the record, the Court finds the circumstances alleged by the defendant and the danger he poses to the community are insufficient for this Court to order his transportation to the funeral, particularly with one day's notice to plan complex security arrangements.

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

Signed: November 17, 2006

Robert J. Conrad, Jr.
Chief United States District Judge